IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ALEX JEAN-GILLES,

      Appellant,

v.

DYCK-O'NEAL, INC.,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1040

_____/

Opinion filed July 8, 2015.

An appeal from the Circuit Court for Duval County.
Virginia Norton, Judge.

Eric C. Roberson of Eric C. Roberson, P.A., Jacksonville, for Appellant.

Susan B. Morrison and Lauren E. Wages of Law Office of Daniel C. Consuegra,
P.L., Tampa, for Appellee.

PER CURIAM.

      AFFIRMED.

BENTON, ROWE, and OSTERHAUS, JJ., CONCUR.